918

No. 73–866.  Ross v. California.  C. A. 9th Cir. Certiorari denied.

No. 73–880.  Lionel Corp. v. Republic Technology Fund, Inc., et al.  C. A. 2d Cir.  Certiorari denied.

No. 73–882.  McGurren v. Ettelson et al.  C. A. 7th Cir.  Certiorari denied.

No. 73–883.  Franklin Steel Products, Inc. v. United States.  C. A. 9th Cir.  Certiorari denied.

No. 73–884.  Mendoza et al. v. United Farm Workers Organizing Committee et al.  C. A. 9th Cir.  Certiorari denied.

No. 73–890.  Erie Lackawanna Railway Co. v. Norfolk & Western Railway Co.  C. A. 6th Cir.  Certiorari denied.

No. 73–896.  Worthen Bank & Trust Co., N. A. v. National BankAmericard Inc.  C. A. 8th Cir.  Certiorari denied.

No. 73–900.  Libbey-Owens-Ford Co. v. Shatterproof Glass Corp.  C. A. 6th Cir.  Certiorari denied.

No. 73–904.  DeBerry v. Kentucky.  Ct. App. Ky. Certiorari denied.

No. 73–907.  B & J Manufacturing Co. v. Solar Industries, Inc.  C. A. 8th Cir.  Certiorari denied.

No. 73–910.  Spence et al. v. Spence et al.  Sup. Ct. N. C.  Certiorari denied.